JAY HAMPTON, ESQ.
Nevada Bar No. 5350
MILES HAMPTON, ESQ.
Nevada Bar No. 9050
HAMPTON & HAMPTON, P.C.
880 Seven Hills Drive, Ste. 200
Henderson, Nevada 89052
Telephone: (702) 736-1820
Facsimile: (702) 736-1850
jay@hamptonhampton.com
miles@hamptonhampton.com

*Attorney for Defendant Hampton & Hampton Collections, LLC*

```
              FILED          RECEIVED
              ENTERED        SERVED ON
                        COUNSEL/PARTIES OF RECORD

                      SEP - 6 2016

                   CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
              BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>THE SIENA HOMEOWNER'S ASSOCIATION; THUNDER PROPERTIES, INC.; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | CASE NO.: 3:16-cv-00188<br><br>STIPULATION AND ~~(PROPOSED)~~ ORDER FOR SUBSTITUTION OF COUNSEL |

## **STIPULATION**

Pursuant to LR IA 11-6(c) Defendant, HAMPTON & HAMPTON COLLECTIONS, LLC (hereinafter "Hampton") hereby agrees and stipulates as follows:

. . .

. . .

. . .

. . .

. . .

. . .

1

IT IS HEREBY AGREED AND STIPULATED, that Christopher V. Yergensen, Esq., whose office is located at 6224 West Desert Inn Road, Las Vegas, Nevada 89146, whose telephone number is (702) 804-8885 and whose email address is chris@nas-inc.com, shall substitute as Hampton's attorney in the above-referenced matter in the place and stead of Hampton & Hampton, P.C.

DATED this 30th day of August, 2016.

HAMPTON & HAMPTON, PC

By: /s/ Jay Hampton
JAY HAMPTON, ESQ.
Nevada Bar No. 5350
MILES HAMPTON, ESQ.
Nevada Bar No. 9050
880 Seven Hills Drive, Ste. 200
Henderson, Nevada 89052
Telephone: (702) 736-1820
Facsimile: (702) 736-1850
*Original Attorneys for Defendant*
*Hampton & Hampton Collections, LLC*

Substituting counsel acknowledges responsibility for all pending dates and deadlines.

DATED this 30th day of August, 2016.

NEVADA ASSOCIATION SERVICES, INC.

By: By: /s/ Christoper V. Yergensen
CHRISTOPHER V. YERGENSEN, ESQ.
Nevada Bar No. 6183
6224 West Desert Inn Road
Las Vegas, Nevada 89146
*Attorneys for Defendant*
*Hampton & Hampton Collections, LLC*

. . .
. . .
. . .

2

1  I HEREBY CONSENT to the substitution of Christopher V. Yergensen, Esq. as counsel
2  for the undersigned, in the above-entitled action.
3  DATED this 30th day of August, 2016.
4
                                    By: _____
5                                        JOEL JUST, MANAGER
                                         Hampton & Hampton Collections, LLC
6

7

8
                                    **ORDER**
9
10  IT IS SO ORDERED.
11  DATED this ___ day of _____, 2016.
12
13                                  By: _____
14                                       UNITED STATES MAGISTRATE JUDGE
15

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of September, I served the above **STIPULATION AND (PROPOSED) ORDER FOR SUBSTITUTION OF COUNSEL,** via the following method(s):

X     Electronic: by submitting electronically for filing and/or service with the U.S. District Court's CM/ECF electronic filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

___     U.S. Mail: by depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

___     Email: by electronically delivering a copy via email to the following email address:

Akerman LLP
Ariel E. Stern
Donna M. Wittig
1160 Town Center Drive, Ste. 330
Las Vegas, NV 89144
(702) 634-5000
Fax: (702) 380-8572
Ariel.stern@akerman.com
Donna.wittig@akerman.com

*Attorneys for Plaintiff*

Murchison & Cumming, LLP
Diana Cline Ebron
Jacqueline A. Gilbert
Karen L. Hanks
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
(702) 485-3300
Fax: (702) 485-3301
diana@kgelegal.com
jackie@kgelegal.com
karen@kgelegal.com

*Attorneys for SFR Investments Pool I, LLC*

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
Kaleb D. Anderson
Megan H. Hummel
9900 Covington Cross Drive, Suite 120
(702) 382-1500
Fax: (702) 382-1512
kanderson@lipsonneilson.com
mhummel@lipsonneilson.com

*Attorneys for Terra Bella Owners Association*

/s/ Tami J. Reilly