LIPSON NEILSON P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
kanderson@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for The Siena Homeowner's Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| BANK OF AMERICA, N.A., | CASE NO.: 3:16-cv-00188-MMD-VPC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING DISPOSITIVE MOTION BRIEFING SCHEDULE** |
| THE SIENA HOMEOWNER'S ASSOCIATION, THUNDER PROPERTIES, INC.; and HAMPTON & HAMPTON COLLECTIONS, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, BANK OF AMERICA, N.A. (BANA) and Defendants, THE SIENA HOMEOWNERS ASSOCIATION (HOA); THUNDER PROPERTIES, INC.; and HAMPTON & HAMPTON COLLECTIONS, LLC (collectively, the Parties), by and through their attorneys of record, hereby stipulate and agree as follows in accordance with LR6-1 and LR 26-4:

On November 19, 2018, BANA and the HOA each filed a Motion for Summary Judgment [ECF Nos. 85 and 86]. Defendants Thunder Properties, Inc. and Hampton and Hampton Collections, LLC did not file a motion for summary judgment. The current deadline to file responses to the Motions for Summary Judgment is December 10, 2018. The parties hereby request a one-week extension of time to file responses to the motions for summary judgment.

///

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

1  IT IS HEREBY STIPULATED AND AGREED that the Parties shall have up to and until December 17, 2018, to file their Responses to the pending Motions for Summary Judgment. The parties replies to the motions for summary judgment shall be due on January 7, 2019.

This is the Parties first request for extension of the briefing deadlines. This request is not intended to cause any delay or prejudice to any party.

Dated this 10th day of December, 2018

LIPSON NEILSON P.C.

*/s/ Amber M. Williams*
_____
Kaleb D. Anderson, Esq.
Nevada Bar No. 7582
Amber M. Williams, Esq.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for The Siena Homeowners Association*

Dated this 10th day of December, 2018

AKERMAN LLP

*/s/ Jamie K. Combs*
_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Plaintiff Bank of America, N.A.*

Dated this 10th day of December, 2018

ROGER P. CROTEAU & ASSOCIATES, LTD.

*/s/ Timothy E. Rhoda*
_____
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Rd., Ste. 100
Las Vegas, Nevada 89148
*Attorney for Thunder Properties, Inc.*

Dated this 10th day of December, 2018

NEVADA ASSOCIATION SERVICES

*/s/ Brandon E. Wood*
_____
BRANDON E. WOOD, ESQ.
Nevada Bar No. 12900
6625 S. Valley View Blvd. Suite 300
Las Vegas, NV 89118
*Attorney for Hampton & Hampton Collections, LLC*

**IT IS SO ORDERED.**

Dated this __10th__ day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE