ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

BANK OF AMERICA, N.A.,

          Plaintiff,

vs.

THE SIENA HOMEOWNER'S ASSOCIATION; THUNDER PROPERTIES, INC.; and HAMPTON & HAMPTON COLLECTIONS, LLC,

          Defendants.

Case No. 3:16-cv-00188-MMD-CBC

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND MOTION FOR SUMMARY JUDGMENT**
**(Second Request)**

COMES NOW, Defendant, THUNDER PROPERTIES, INC. and Plaintiff, BANK OF AMERICA, N.A., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On November 19, 2018, Plaintiff filed a Second Motion for Partial Summary Judgment herein [ECF #85]. Defendant's Response to said Motion was originally due on December 17, 2018, and replies are presently due on January 7, 2019, pursuant to a stipulation approved on December 10, 2018 [ECF #89].

2. At the time that said stipulation was submitted and approved, Defendant's counsel

erroneously calendared the due date for the Opposition to be January 7, 2019, rather than the Reply. As a result, to date, Defendant has not yet filed its Opposition. Defendant asserts that the failure to timely file the Opposition is the result of excusable neglect and that no harm has been suffered by any party as a result thereof.

3. The parties are presently engaged in settlement discussions and prefer to devote their time and resources to an effort to amicably resolve the instant matter. In addition, as a result of the holidays and family obligations associated therewith, counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response.

4. Defendant shall have an extension of time until January 28, 2019, in which to respond to the Plaintiff's Second Motion for Summary Judgment.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___7th___ day of January, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ Timothy E. Rhoda<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>*Attorney for Defendant*<br>*Thunder Properties, Inc.* | /s/ Jamie K. Combs<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>(702) 634-5000<br>jamie.combs@akerman.com<br>*Attorney for Plaintiff*<br>*Bank of America, N.A.* |

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: __January 9, 2019__

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___7th___ day of January, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND MOTION FOR SUMMARY JUDGMENT (Second Request)** to the following parties:

Melanie D Morgan
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Jaimie K. Combs
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
jamie.combs@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

William Shane Habdas
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
jamie.combs@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Brandon E. Wood
The Clarkson Law Group, P.C.
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102
702-462-5700
702-446-6234 (fax)
bwood@the-clg.com
*Attorneys for Defendant*
*Hampton & Hampton Collections, LLC*

Christopher V. Yergensen
Nevada Association Services, Inc.
6224 West Desert Inn Road
Las Vegas, NV 89146
702-804-8885
702-804-8887 (fax)
chris@nas-inc.com
*Attorneys for Defendant*
*Hampton & Hampton Collections, LLC*

Joseph P Garin
Lipson Neilson Cole Seltzer & Garin, P.C.
9900 Covington Cross Drive
Suite 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
NVECF@lipsonneilson.com
*Attorneys for Defendant*
*The Siena Homeowners Association*

Kaleb D. Anderson
Lipson Neilson Cole Seltzer & Garin
9900 Covington Cross Dr.
Suite 120
Las Vegas, NV 89144
(702) 382-1500
(702) 382-1512 (fax)
kanderson@lipsonneilson.com
*Attorneys for Defendant*
*The Siena Homeowners Association*

Amber M. Williams
Lipson Neilson Cole Seltzer & Garin
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
awilliams@lipsonneilson.com
*Attorneys for Defendant*
*The Siena Homeowner's Association*

/s/ Timothy E. Rhoda
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

2487 Napoli