ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> THE SIENA HOMEOWNER'S ASSOCIATION; THUNDER PROPERTIES, INC.; and HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No.: 3:16-cv-00188-MMD-VPC <br><br> **STIPULATION AND ORDER TO EXTEND BANK OF AMERICA, N.A.'S DEADLINE TO REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND RESPOND TO THE SIENA HOMEOWNER'S ASSOCIATION'S OPPOSITION [ECF NO. 90]** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant The Siena Homeowner's Association (**Siena**) hereby agree as follows:

1. On November 19, 2018, BANA filed its second motion for partial summary judgment (ECF No. 85) and Siena filed its motion for summary judgment (ECF No. 86.)

2. On December 10, 2018, BANA filed its opposition to Siena's motion. (ECF No. 88.)

3. Also on December 10, 2018, the court granted the parties stipulation to extend the deadline to oppose dispositive motions until December 17, 2018 and the deadline to reply in support of dispositive motions until January 7, 2019. (ECF No. 89.)

4. On December 17, 2018, Siena filed its opposition to BANA's motion. (ECF No. 90.)

5. On January 7, 2019, Siena filed its reply in support of its motion. (ECF No. 91.)

- 1 -

47445772;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

6. Counsel for BANA needs additional time to reply to the arguments raised in Siena's opposition to BANA's motion for summary judgment. The additional time will allow BANA to properly address the issues raised.

7. The parties agree BANA's deadline to reply in support of its motion for summary judgment shall be extended to until January 14, 2019.

8. This stipulation is made in good faith and not for the purpose of delay.

DATED January 7, 2019

| **AKERMAN LLP** | **LIPSON NEILSON P.C.** |
|---|---|
| /s/ *Jamie K. Combs* | /s/ *Amber M. Williams* |
| ARIEL E. STERN, ESQ. | KALEB D. ANDERSON, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 7582 |
| JAMIE K. COMBS, ESQ. | AMBER M. WILLIAMS, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 12301 |
| 1635 Village Center Cir. Ste. 200 | 9900 Covington Cross Drive, Suite 120 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorneys for The Siena Homeowner's Association* |

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: January 9, 2019

- 2 -

47445772;1