ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>  Plaintiff, <br><br> vs. <br><br> THE SIENA HOMEOWNER'S ASSOCIATION; THUNDER PROPERTIES, INC.; and HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br>  Defendants. | Case No.  3:16-cv-00188-MMD-CBC |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND MOTION FOR SUMMARY JUDGMENT**
**(Third Request)**

COMES NOW, Defendant, THUNDER PROPERTIES, INC. and Plaintiff, BANK OF AMERICA, N.A., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On November 19, 2018, Plaintiff filed a Second Motion for Partial Summary Judgment herein [ECF #85].  Defendant's Response to said Motion was originally due on December 17, 2018.

2. Pursuant to a Stipulation and order to Extend Time to Respond to Second Motion for Summary Judgment (Second Request) filed on January 7, 2019 [ECF #92],

and granted on January 9, 2019 [ECF #94], Thunder Properties, Inc.'s Response to said Motion is presently due on January 28, 2019.

3. The parties are presently engaged in settlement discussions and prefer to devote their time and resources to an effort to amicably resolve the instant matter. The parties believe that they are very close to an agreement that would resolve the matter in its entirety.

4. Defendant shall have an additional extension of time until February 15, 2019, in which to respond to the Plaintiff's Second Motion for Summary Judgment.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this   28th   day of January, 2019.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

AKERMAN, LLP

/s/ Timothy E. Rhoda
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

/s/ Jamie K. Combs
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
jamie.combs@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

**IT IS SO ORDERED:**

By: _____
    Judge, U.S. District Court

Dated: January 28, 2019

Page 2 of 3

2487 Napoli

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___28th___ day of January, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND MOTION FOR SUMMARY JUDGMENT (Third Request)** to the following parties:

| | |
|---|---|
| Melanie D Morgan<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>(702)634-5005<br>(702) 380-8572 (fax)<br>melanie.morgan@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** | Christopher V. Yergensen<br>Nevada Association Services, Inc.<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146<br>702-804-8885<br>702-804-8887 (fax)<br>chris@nas-inc.com<br>***Attorneys for Defendant***<br>***Hampton & Hampton Collections, LLC*** |
| Jaimie K. Combs<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>702-634-5000<br>702-380-8572 (fax)<br>jamie.combs@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** | Joseph P Garin<br>Lipson Neilson Cole Seltzer & Garin, P.C.<br>9900 Covington Cross Drive<br>Suite 120<br>Las Vegas, NV 89144<br>702-382-1500<br>702-382-1512 (fax)<br>NVECF@lipsonneilson.com<br>***Attorneys for Defendant***<br>***The Siena Homeowners Association*** |
| William Shane Habdas<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>702-634-5000<br>702-380-8572 (fax)<br>jamie.combs@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** | Kaleb D. Anderson<br>Lipson Neilson Cole Seltzer & Garin<br>9900 Covington Cross Dr.<br>Suite 120<br>Las Vegas, NV 89144<br>(702) 382-1500<br>(702) 382-1512 (fax)<br>kanderson@lipsonneilson.com<br>***Attorneys for Defendant***<br>***The Siena Homeowners Association*** |
| Brandon E. Wood<br>The Clarkson Law Group, P.C.<br>2300 West Sahara Avenue, Suite 950<br>Las Vegas, NV 89102<br>702-462-5700<br>702-446-6234 (fax)<br>bwood@the-clg.com<br>***Attorneys for Defendant***<br>***Hampton & Hampton Collections, LLC*** | Amber M. Williams<br>Lipson Neilson Cole Seltzer & Garin<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, NV 89144<br>702-382-1500<br>702-382-1512 (fax)<br>awilliams@lipsonneilson.com<br>***Attorneys for Defendant***<br>***The Siena Homeowner's Association*** |

      /s/ Timothy E. Rhoda
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

2487 Napoli