ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> THE SIENA HOMEOWNER'S ASSOCIATION; THUNDER PROPERTIES, INC.; and HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No. 3:16-cv-00188-MMD-CBC |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND MOTION FOR SUMMARY JUDGMENT**
**(Fourth Request)**

COMES NOW, Defendant, THUNDER PROPERTIES, INC. and Plaintiff, BANK OF AMERICA, N.A., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On November 19, 2018, Plaintiff filed a Second Motion for Partial Summary Judgment herein [ECF #85]. Defendant's Response to said Motion was originally due on December 17, 2018.

2. Pursuant to a Stipulation and order to Extend Time to Respond to Second Motion for Summary Judgment (Third Request) filed on January 28, 2019 [ECF #98], and

approved on January 28, 2019 [ECF #99], Thunder Properties, Inc.'s Response to said Motion is presently due on February 15, 2019.

3. The parties are very close to an amicable resolution of this matter. It is highly likely that Plaintiff and Thunder Properties, Inc. are going to settle the claims that exist between them in relation to this matter. Thunder Properties, Inc. is presently discussing the participation of the Co-Defendants in an attempt to globally resolve the matter as to all parties.

4. Thunder Properties, Inc. shall have an additional extension of time until March 8, 2019, in which to respond to the Plaintiff's Second Motion for Summary Judgment.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this 15th day of February, 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Timothy E. Rhoda
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Defendant***
***Thunder Properties, Inc.***

AKERMAN, LLP

/s/ Jamie K. Combs
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
jamie.combs@akerman.com
***Attorney for Plaintiff***
***Bank of America, N.A.***

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: February 19, 2019

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this   15th   day of February, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND MOTION FOR SUMMARY JUDGMENT (Fourth Request)** to the following parties:

Melanie D Morgan
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Jaimie K. Combs
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
jamie.combs@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

William Shane Habdas
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
jamie.combs@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Brandon E. Wood
The Clarkson Law Group, P.C.
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102
702-462-5700
702-446-6234 (fax)
bwood@the-clg.com
*Attorneys for Defendant*
*Hampton & Hampton Collections, LLC*

Christopher V. Yergensen
Nevada Association Services, Inc.
6224 West Desert Inn Road
Las Vegas, NV 89146
702-804-8885
702-804-8887 (fax)
chris@nas-inc.com
*Attorneys for Defendant*
*Hampton & Hampton Collections, LLC*

Joseph P Garin
Lipson Neilson Cole Seltzer & Garin, P.C.
9900 Covington Cross Drive
Suite 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
NVECF@lipsonneilson.com
*Attorneys for Defendant*
*The Siena Homeowners Association*

Kaleb D. Anderson
Lipson Neilson Cole Seltzer & Garin
9900 Covington Cross Dr.
Suite 120
Las Vegas, NV 89144
(702) 382-1500
(702) 382-1512 (fax)
kanderson@lipsonneilson.com
*Attorneys for Defendant*
*The Siena Homeowners Association*

Amber M. Williams
Lipson Neilson Cole Seltzer & Garin
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
awilliams@lipsonneilson.com
*Attorneys for Defendant*
*The Siena Homeowner's Association*

       /s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.