ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> THE SIENA HOMEOWNER'S ASSOCIATION; THUNDER PROPERTIES, INC.; and HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No. 3:16-cv-00188-MMD-CBC |

**JOINT MOTION TO STAY BRIEFING OF SECOND MOTION FOR SUMMARY JUDGMENT PENDING ANTICIPATED SETTLEMENT**

COMES NOW, Defendant, THUNDER PROPERTIES, INC. and Plaintiff, BANK OF AMERICA, N.A., by and through their undersigned counsel, and hereby jointly move to stay briefing of Plaintiff's Second Motion for Summary Judgment [ECF #85], as well as all other applicable deadlines, for a period of approximately 60 days, stating as follows:

1. On November 19, 2018, Plaintiff filed a Second Motion for Partial Summary Judgment herein [ECF #85]. Defendant's Response to said Motion was originally due on December 17, 2018.

2. Pursuant to a Stipulation and order to Extend Time to Respond to Second Motion for Summary Judgment (Fourth Request) filed on February 15, 2019 [ECF #100],

and approved on February 19, 2019 [ECF #101], Thunder Properties, Inc.'s Response to said Motion is presently due on March 8, 2019.

3. Since the filing of the Second Motion for Partial Summary Judgment, the parties have been engaged in settlement negotiations. Pursuant to these negotiations, the parties have agreed upon an amicable resolution of all claims at issue in this action. The terms of the settlement will ultimately be confidential, however, the agreement entails each of the Defendants paying a sum of money to the Plaintiff in exchange for a formal release and reconveyance of the deed of trust recorded against the real property at issue herein and a corresponding mutual release of claims between the parties.

4. Although all of the essential terms of the proposed settlement have been agreed upon by the parties, certain rather unique logistical issues exist with regard to the manner in which the surplus funds related to the homeowners association lien foreclosure sale at issue are to be distributed, including the terms of an indemnification agreement between the parties.

5. The parties desire to avoid unnecessarily expending additional resources on continued litigation given the agreed upon settlement. The parties do not believe that the issue of the surplus funds will render the settlement infeasible, however, additional time is required in order to resolve this issue.

6. Based upon the foregoing, the parties respectfully request that the briefing of Plaintiff's Second Motion for Summary Judgment, as well as all other related deadlines, be stayed for a period of approximately 60 days, until May 8, 2019.

7. The parties expect to finalize the settlement and cause this matter action to be dismissed in its entirety within said time period. In the event that this becomes impossible for some reason, the parties will so advise the Court by filing a status report or other appropriate document on or before May 8, 2019.

//
//

2487 Napoli

8. This Joint Motion is made in good faith and not for purpose of delay.

Dated this ___8th___ day of March, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendant*** <br> ***Thunder Properties, Inc.*** | /s/ *Jamie K. Combs* <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> (702) 634-5000 <br> jamie.combs@akerman.com <br> ***Attorney for Plaintiff*** <br> ***Bank of America, N.A.*** |

**IT IS SO ORDERED**

By: _____
      Judge, U.S. District Court

Dated: March 11, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___8th___ day of March, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **JOINT MOTION TO STAY BRIEFING OF SECOND MOTION FOR SUMMARY JUDGMENT PENDING ANTICIPATED SETTLEMENT** to the following parties:

Melanie D Morgan
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
***Attorney for Plaintiff***
***Bank of America, N.A.***

Christopher V. Yergensen
Nevada Association Services, Inc.
6224 West Desert Inn Road
Las Vegas, NV 89146
702-804-8885
702-804-8887 (fax)
chris@nas-inc.com
***Attorneys for Defendant***
***Hampton & Hampton Collections, LLC***

Jamie K. Combs
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
jamie.combs@akerman.com
***Attorney for Plaintiff***
***Bank of America, N.A.***

Joseph P Garin
Lipson Neilson Cole Seltzer & Garin, P.C.
9900 Covington Cross Drive
Suite 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
NVECF@lipsonneilson.com
***Attorneys for Defendant***
***The Siena Homeowners Association***

William Shane Habdas
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
william.habdas@akerman.com
***Attorney for Plaintiff***
***Bank of America, N.A.***

Kaleb D. Anderson
Lipson Neilson Cole Seltzer & Garin
9900 Covington Cross Dr.
Suite 120
Las Vegas, NV 89144
(702) 382-1500
(702) 382-1512 (fax)
kanderson@lipsonneilson.com
***Attorneys for Defendant***
***The Siena Homeowners Association***

Brandon E. Wood
The Clarkson Law Group, P.C.
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102
702-462-5700
702-446-6234 (fax)
bwood@the-clg.com
***Attorneys for Defendant***
***Hampton & Hampton Collections, LLC***

Amber M. Williams
Lipson Neilson Cole Seltzer & Garin
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
awilliams@lipsonneilson.com
***Attorneys for Defendant***
***The Siena Homeowner's Association***

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.