ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> THE SIENA HOMEOWNER'S ASSOCIATION; THUNDER PROPERTIES, INC.; and HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No. 3:16-cv-00188-MMD-CBC |

**JOINT MOTION TO CONTINUE STAY OF BRIEFING OF SECOND MOTION FOR SUMMARY JUDGMENT PENDING ANTICIPATED SETTLEMENT**

**(Second Request)**

COMES NOW, Defendant, THUNDER PROPERTIES, INC. and Plaintiff, BANK OF AMERICA, N.A., by and through their undersigned counsel, and hereby provide a status report pursuant to their Joint Motion to Stay Briefing of Second Motion for Summary Judgment Pending Anticipated Settlement dated March 8, 2019 [ECF #102], which was approved on March 11, 2019 [ECF #103]. The parties further move that the subject stay be continued for an additional 60 days, stating as follows:

1. On November 19, 2018, Plaintiff filed a Second Motion for Partial Summary Judgment herein [ECF #85]. Defendant's Response to said Motion was originally

1. due on December 17, 2018.
2. On March 8, 2019, the parties submitted a Joint Motion to Stay Briefing of Second Motion for Summary Judgment Pending Anticipated Settlement [ECF #102]. Said Motion was granted on March 11, 2019 [ECF #103].
3. As set forth in said Motion, the parties have agreed upon the essential terms of a settlement. However, certain rather unique logistical issues exist with regard to the manner in which the surplus funds related to the homeowners association lien foreclosure sale at issue are to be distributed, including the terms of an indemnification agreement between the parties. The parties are continuing to work to resolve these issues.
4. The parties desire to avoid unnecessarily expending additional resources on continued litigation given the agreed upon settlement. The parties continue to believe that the issue of the surplus funds will not render the settlement infeasible, however, additional time is required in order to resolve this issue.
5. Based upon the foregoing, the parties respectfully request that the briefing of Plaintiff's Second Motion for Summary Judgment, as well as all other related deadlines, be stayed for a period of an additional 60 days, until July 23, 2019.
6. The parties expect to finalize the settlement and cause this matter action to be dismissed in its entirety within said time period. In the event that this becomes impossible for some reason, the parties will so advise the Court by filing a status report or other appropriate document on or before July 23, 2019.

//
//
//
//
//
//
//

2487 Napoli

7. This Joint Motion is made in good faith and not for purpose of delay.

Dated this ___23rd___ day of May, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Defendant***
***Thunder Properties, Inc.***

/s/ *Jamie K. Combs*
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
jamie.combs@akerman.com
***Attorney for Plaintiff***
***Bank of America, N.A.***

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: May 23, 2019

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  23rd  day of May, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **JOINT MOTION TO CONTINUE STAY OF BRIEFING OF SECOND MOTION FOR SUMMARY JUDGMENT PENDING ANTICIPATED SETTLEMENT** to the following parties:

Melanie D Morgan
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Jamie K. Combs
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
jamie.combs@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

William Shane Habdas
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
william.habdas@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Brandon E. Wood
The Clarkson Law Group, P.C.
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102
702-462-5700
702-446-6234 (fax)
bwood@the-clg.com
*Attorneys for Defendant*
*Hampton & Hampton Collections, LLC*

Christopher V. Yergensen
Nevada Association Services, Inc.
6224 West Desert Inn Road
Las Vegas, NV 89146
702-804-8885
702-804-8887 (fax)
chris@nas-inc.com
*Attorneys for Defendant*
*Hampton & Hampton Collections, LLC*

Joseph P Garin
Lipson Neilson Cole Seltzer & Garin, P.C.
9900 Covington Cross Drive
Suite 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
NVECF@lipsonneilson.com
*Attorneys for Defendant*
*The Siena Homeowners Association*

Kaleb D. Anderson
Lipson Neilson Cole Seltzer & Garin
9900 Covington Cross Dr.
Suite 120
Las Vegas, NV 89144
(702) 382-1500
(702) 382-1512 (fax)
kanderson@lipsonneilson.com
*Attorneys for Defendant*
*The Siena Homeowners Association*

Amber M. Williams
Lipson Neilson Cole Seltzer & Garin
9900 Covington Cross Dr., Ste. 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
awilliams@lipsonneilson.com
*Attorneys for Defendant*
*The Siena Homeowner's Association*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

2487 Napoli