UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br>v.<br><br>THE SIENA HOMEOWNER'S ASSOCIATION; THUNDER PROPERTIES, INC.; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No. 3:16-cv-00188-MMD-CBC<br><br>ORDER |

Plaintiff Bank of America, N.A. ("BANA") and Defendant Thunder Properties, Inc. ("Thunder") have jointly indicated that they need the Court to extend its stay of briefing regarding BANA's pending second motion for summary judgment ("Motion") (ECF No. 85). (ECF No. 106.) BANA and Thunder have been granted at least 4 months of briefing stays after representing to the Court that they have a pending settlement, that the parties have agreed on the essential terms of that anticipated settlement, and only unique logistical issues remain. (*E.g.*, ECF Nos. 102, 103 (March 11, 2019 order granting 60 days—up to May 8, 2019), 104 (May 23, 2019 order granting another 60 days—up to July 23, 2019), 105.) Before the requests for stays, BANA and Thunder stipulated to extensions of time for Thunder to file its response to the Motion, first on December 10, 2018. (ECF Nos. 87, 92, 98, 100.) The Court approved the stipulations. (ECF Nos. 89, 94, 99, 101). At this point, the parties' representation that they need more time to continue working out non-essential, yet unique, issues for settlement is borderline unreasonable.

The Court will therefore only grant BANA and Thunder an additional 15 days to finalize their settlement agreement and/or for Thunder to file its response to ECF No. 85.

*///*

No further extensions will be given. If Thunder fails to file a response, the Court will consider ECF No. 85 on the briefing before the Court.

It is therefore ordered that BANA and Thunder are granted 15 days from the entry of this order to finalize their settlement agreement and/or for Thunder to file its response to ECF No. 85. No further extensions will be provided, and the Court will proceed as noted here.

DATED THIS 24th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE