MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.:  3:16-cv-00188-MMD-CBC |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| THE SIENA HOMEOWNER'S ASSOCIATION; THUNDER PROPERTIES, INC.; and HAMPTON & HAMPTON COLLECTIONS, LLC, | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

///

AKERMAN LLP
1635 VILAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

50749063;1

Plaintiff Bank of America, N.A., (**BANA**) provides notice Jared M. Sechrist is no longer associated with the law firm of Akerman LLP.

BANA requests Mr. Sechrist be removed from the CM/ECF service list.

DATED:  November 8, 2019.

**AKERMAN LLP**

*/s/ Nicholas Belay*
ARIEL E. STERN, Esq.
Nevada Bar No. 8276
NICHOLAS BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

DATE: 11/20/2019

UNITED STATES MAGISTRATE JUDGE
3:16-cv-00188-MMD-CBC

50749063;1