MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 3:16-cv-00188-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISMISSAL DEADLINE** |
| THE SIENA HOMEOWNER'S ASSOCIATION; THUNDER PROPERTIES, INC.; and HAMPTON & HAMPTON COLLECTIONS, LLC, | **(SECOND REQUEST)** |
| Defendants. | |

Bank of America, N.A. (**BANA**), Thunder Properties, Inc., and The Siena Homeowner's Association (**the HOA**) (collectively "**the parties**"), submit the following stipulation to extend the deadline to file dismissal documents:

1.     BANA, Thunder, the HOA, and Hampton & Hampton Collections, LLC reached a settlement in principle to resolve this action, as indicated by the parties' joint status report on August 22, 2019. (ECF No. 110.)  In order to finalize the proposed settlement, the parties needed to reach an agreement on a few remaining issues—most notably the distribution of surplus funds from the HOA's foreclosure sale being held by Hampton & Hampton Collections, LLC.

2.     To allow additional time to resolve these remaining issues, the parties requested the court deny the pending summary judgment motion as moot, administratively close the case, and

1

1 retain jurisdiction. (ECF No. 110.)  The parties stated their intention to file a stipulation to dismiss
2 the litigation with prejudice once the parties had effectuated the proposed settlement agreement. (*Id.*)

3       3. Following the administrative closure, the parties continued to work towards finalizing
4 the settlement; however, despite the undersigned parties' best efforts, the parties were unable to reach
5 an agreement as to the distribution of the surplus funds with Hampton.

6       4. As a result, the undersigned parties had to recently restructure the proposed
7 settlement agreement, which impacted the parties' ability to file dismissal documents by the court's
8 original deadline.

9       5. On September 18, 2020, the parties filed a status report and stipulation with the court.
10 The parties updated the court on the current status of settlement and requested additional time to
11 submit dismissal documents.

12       6. Since the prior stipulation, the parties have continued to make significant progress
13 towards resolving this action.  The parties have fully executed the restructured settlement agreement
14 and completed the majority of condition precedents to dismissal.  Nonetheless, despite the parties'
15 best efforts, one condition precedent remains.

16       7. The parties expect this matter to be resolved in the near term and respectfully request
17 the court extend the deadline to file dismissal documents by thirty (30) additional days.  The parties
18 intend to file dismissal documents as soon as possible.

19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28 . . .

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

55081448;1

8. This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED October 19, 2020.

| **AKERMAN LLP**<br><br>*/s/ Nicholas E. Belay*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Plaintiff Bank of America, N.A.* | **ROGER P. CROTEAU & ASSOCIATES, LTD.**<br><br>*/s/ Timothy E. Rhoda*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>9120 West Post Rd., Ste. 100<br>Las Vegas, Nevada 89148<br><br>*Attorney for Thunder Properties, Inc.* |
|---|---|
| **LIPSON NEILSON P.C.**<br><br>*/s/ Amber M. Williams*<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>AMBER M. WILLIAMS, ESQ.<br>Nevada Bar No. 12301<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, NV 89144<br>*Attorneys for The Siena Homeowner's Association* | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Case No.  3:16-cv-00188-MMD-CLB

DATED: 10/20/2020

3

55081448;1