ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd, #75
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> THE SIENA HOMEOWNER'S ASSOCIATION; THUNDER PROPERTIES, INC.; and HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No.   3:16-cv-00188-MMD-CBC |

**STIPULATION TO DISMISS**

COMES NOW, Defendants, THUNDER PROPERTIES, INC. (*"Thunder"*); THE SIENA HOMEOWNERS ASSOCIATION (*"HOA"*); and HAMPTON & HAMPTON COLLECTIONS, LLC (*"Hampton"*), and Plaintiff, BANK OF AMERICA, N.A. (*"BANA"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. Thunder, HOA and BANA have entered into a confidential settlement agreement resolving this matter as between themselves.  The settlement agreement has been fully executed by said parties and is presently being performed.

2. While the specific terms of the settlement agreement are confidential, it involves the payments of certain sums of money by HOA and Thunder to BANA in

exchange for a release of BANA's claimed security interest recorded against the real property at issue herein, as well as a mutual release of claims between said parties. In addition, BANA has irrevocably assigned to Thunder any and all rights that it may possess in the surplus funds (*"Surplus Funds"*) generated by the homeowners association lien foreclosure sale at issue, which sums are currently held by Hampton.

3. The issue of the entitlement to the Surplus Funds was not addressed in this action and remains an outstanding issue that may require additional litigation involving individuals who are not parties to this action; specifically, the former owner of the real property at issue. The parties understand that Thunder claims that it is entitled to recover the Surplus Funds pursuant to its assignment from BANA. To the extent that an adjudication of the entitlement to the Surplus Funds may be required, it will be obtained in separate litigation.

4. All matters at issue in this action having been resolved between the parties other than as stated above, the instant action shall be dismissed with each party to bear its own fees and costs.

Dated this ___18th___ day of November, 2020.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | HAMPTON & HAMPTON COLLECTIONS, LLC |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 W. Charleston Blvd, #75 <br> Las Vegas, Nevada 89102 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendant*** <br> ***Thunder Properties, Inc.*** | /s/ *Brandon E. Wood* <br> BRANDON E. WOOD, ESQ. <br> Nevada Bar No. 12900 <br> 6625 S. Valley View Blvd. <br> Ste. 300 <br> Las Vegas, NV 89118 <br> 702-804-8885 <br> 702-804-8887 (fax) <br> brandon@nas-inc.com <br> ***Attorneys for Defendant*** <br> ***Hampton & Hampton Collections, LLC*** |

2487 Napoli

| | |
|---|---|
| AKERMAN, LLP | LIPSON NEILSON COLE SELTZER & GARIN |
| /s/ *Nicholas Belay*<br>NICHOLAS BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>702-634-5039<br>702-380-8572 (fax)<br>nicholas.belay@akerman.com<br>*Attorney for Plaintiff*<br>*Bank of America, N.A.* | /s/ *Amber M. Williams*<br>AMBER M. WILLIAMS, ESQ.<br>Nevada Bar No. 12301<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, NV 89144<br>702-382-1500<br>702-382-1512 (fax)<br>awilliams@lipsonneilson.com<br>*Attorneys for Defendant*<br>*The Siena Homeowner's Association* |

**IT IS SO ORDERED.**

By: _____
    Judge, U.S. District Court

Dated:  November 19, 2020

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___18th___ day of November, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO DISMISS** to the following parties:

| | |
|---|---|
| Melanie D Morgan<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>(702)634-5005<br>(702) 380-8572 (fax)<br>melanie.morgan@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** | Christopher V Yergensen<br>Black & Lobello<br>10777 W. Twain Ave. Suite 300<br>Las Vegas, NV 89135<br>702-869-8801<br>702-869-2669 (fax)<br>cyergensen@blacklobello.law<br>***Attorneys for Defendant***<br>***Hampton & Hampton Collections, LLC*** |
| Jamie K. Combs<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>702-634-5000<br>702-380-8572 (fax)<br>jamie.combs@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** | Joseph P Garin<br>Lipson Neilson Cole Seltzer & Garin, P.C.<br>9900 Covington Cross Drive<br>Suite 120<br>Las Vegas, NV 89144<br>702-382-1500<br>702-382-1512 (fax)<br>NVECF@lipsonneilson.com<br>***Attorneys for Defendant***<br>***The Siena Homeowners Association*** |
| Lilith Xara<br>Akerman, LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>702-634-5000<br>702-380-8572 (fax)<br>lilith.xara@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** | Kaleb D. Anderson<br>Lipson Neilson Cole Seltzer & Garin<br>9900 Covington Cross Dr.<br>Suite 120<br>Las Vegas, NV 89144<br>(702) 382-1500<br>(702) 382-1512 (fax)<br>kanderson@lipsonneilson.com<br>***Attorneys for Defendant***<br>***The Siena Homeowners Association*** |
| Brandon Wood<br>Hampton & Hampton Collections, LLC<br>6625 S. Valley View Blvd.<br>Ste. 300<br>Las Vegas, NV 89118<br>702-804-8885<br>702-804-8887 (fax)<br>brandon@nas-inc.com<br>***Attorneys for Defendant***<br>***Hampton & Hampton Collections, LLC*** | Amber M. Williams<br>Lipson Neilson Cole Seltzer & Garin<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, NV 89144<br>702-382-1500<br>702-382-1512 (fax)<br>awilliams@lipsonneilson.com<br>***Attorneys for Defendant***<br>***The Siena Homeowner's Association*** |

| | | |
|---|---|---|
| 1 | | |
| 2 | Nicholas Belay<br>Akerman<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>702-634-5039<br>702-380-8572 (fax)<br>nicholas.belay@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** | Ariel E. Stern<br>Akerman LLP<br>1635 VillageCenter Circle<br>Suite 200<br>Las Vegas, NV 89134<br>702-634-5000<br>702-380-8572 (fax)<br>ariel.stern@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** |

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU &
ASSOCIATES, LTD.

2487 Napoli